UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| GLORIA AND CHRISTOPHER FLINN,  )<br>)<br>Plaintiffs                                 )<br>)<br>v.                                        )<br>)<br>BANK OF AMERICA CORPORATION,   )<br>)<br>Defendant.                            )<br>) | CIVIL ACTION<br>NO. 5:15-cv-0193 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Gloria and Christopher Flinn and Defendant Bank of American Corporation, by and through their respective undersigned counsel of record, hereby stipulate that all claims of the Plaintiffs in this proceeding are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DB1/ 89050990.1

/s/

Kaveh S. Shahi
CLEARY SHAHI & AICHER, P.C.
kss@clearyshahi.com
P.O. Box 6740
Rutland, VT 05701
(802)-775-8800 (tel.)
(802)-775-8809 (fax)

/s/ for

Kevin M. Henry
PRIMMER PIPER EGGESTON & CRAMER
khenry@primmer.com
150 S. Champlain Street
Burlington, VT 05401
+1.802.864.0880 (tel.)
+1.802.864.0328 (fax)

Thomas J. Hennessey*
thomas.hennessey@morganlewis.com
Jason S. Pinney**
jason.pinney@morganlewis.com
Samuel R. Rowley**
samuel.rowley@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
+1.617.951.8000 (tel.)
+1.617.951.8736 (fax)
* *Admitted Pro Hac Vice*
\*\**Of Counsel*
*Attorneys for Defendant*
*Bank of America Corporation*

Dated: November 21, 2016